UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KEISHA THOMAS, on behalf of her Minor Child, Q.J.F. | CIVIL ACTION NO. 6:18-cv-01511 |
| VERSUS | JUDGE SUMMERHAYS |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to evaluate whether Q.J.F.'s visual impairment – alone or in combination with any other impairments he may have – meets medically equals, or functionally

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

equals the criteria of any listed impairments. The claimant shall be permitted to submit updated evidence and to testify at another hearing. The Commissioner shall also consider providing a consultative examination by an ophthalmologist.

Signed at Lafayette, Louisiana, this 9th day of October, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE